**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CATHLEEN D. SCHWIND,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | Civil Action No. 4:18-cv-00534-O-BJ |
| **DR. JOHN FERRIS, et al.,** | § § § | |
| **Defendants.** | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's July 2, 2018 motion to proceed in forma pauperis (ECF No. 3) is hereby **DENIED**. Further, Plaintiff's complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b), unless Plaintiff pays to the clerk of the Court the filing and administrative fees of $400.00 on or before **August 1, 2018**.

**SO ORDERED** on this **26th day** of **July, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**