IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CATHLEEN D. SCHWIND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00534-O |
| | § | |
| DR. JOHN FERRIS et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 21). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (ECF No. 12), **DISMISSES** Plaintiff's claims **without prejudice**, and **DENIES AS MOOT** Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 8 (ECF No. 13).

**SO ORDERED** on this **26th** day of **December, 2018**.

_Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**